IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

      Plaintiff,                    No. CIV S-04-1317 MCE GGH P

   vs.

J. FANNON, et al.,

      Defendants.        ORDER

_____/

      Plaintiff has filed his second request for an extension of time to file and serve objections to the April 27, 2005 findings and recommendations. Good cause appearing, the request will be granted.

      IT IS HEREBY ORDERED that:

      1. Plaintiff's June 3, 2005 request for an extension of time is granted; and

      2. Plaintiff shall file and serve objections to the April 27, 2005 findings and recommendations within thirty days of the date of this order.

DATED: 6/10/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
wash1317.36a