IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,   No. CIV-S-04-1317 MCE/GGH P

     Plaintiff,

  v.   ORDER

J. FANNON, ET AL.,

     Defendants.

———————————————/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 27, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1 On May 18, 2005 and June 10, 2005, plaintiff was granted
2 extensions of time, in which to file and serve his objections.
3 Plaintiff has filed objections to the findings and
4 recommendations.
5    In accordance with the provisions of 28 U.S.C.
6 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
7 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
8 entire
9 file, the court finds the findings and recommendations to be
10 supported by the record and by proper analysis.
11    Accordingly, IT IS HEREBY ORDERED that:
12    1.  The findings and recommendations filed April 27, 2005,
13 are adopted in full;
14    2.  Defendants' December 1, 2004, motion to dismiss for
15 failure to exhaust administrative remedies is denied as to the
16 following claims:  1) defendant Kissinger used excessive force on
17 June 30, 2003; 2) on July 1, 2003, defendant DeForest confiscated
18 plaintiff's orthotics inserts and shoes; defendant Lynn refused
19 to help in retrieving these items; 3) defendant DeForest denied
20 plaintiff's request for accommodations so that he could
21 participate in Ramadhan; and 4) all claims against defendants
22 Ratliff and Epperson regarding the events of January 20, 2004;
23 defendants' motion to dismiss for failure to exhaust
24 administrative remedies is granted in all other respects;
25 ///
26 ///

1    3.  Defendants' December 1, 2004, motion to dismiss for failure to allege a physical injury pursuant to 42 U.S.C. § 1997e(e) is denied as to plaintiff's claims that defendants Ratliff and Epperson refused to retrieve his pain medication, prescribed cotton blanket, orthotic inserts and tennis shoes; the motion to dismiss for failure to allege a physical injury is granted as to the remaining claims against defendants Ratliff and Epperson.

3.  Defendants Kissinger, DeForest, Lynn, Ratliff and Epperson shall file an answer within twenty days of the date of this order.

DATED: August 25, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE