1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,                        No. CIV S-04-1317 MCE GGH P

      Plaintiff,

  v.                                     <u>ORDER</u>

J. FANNON, ET AL.,

      Defendants.
                                    /

    On August 25, 2005, this court adopted the findings and recommendations filed April 27, 2005, addressing defendants' motion to dismiss. This court ordered defendants Kissinger, DeForest, Lynn, Ratliff and Epperson to file an answer. The court inadvertently failed to order defendants Hibbit and Jackson to file an answer. <u>See</u> April 27, 2005, findings and recommendations, p. 15: 19-25 (setting forth colorable claims).

///
///
///

1

1  Accordingly, IT IS HEREBY ORDERED that within twenty days of
2 the date of this order, defendants Hibbit and Jackson shall file
3 an answer.

4 DATED: September 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2