IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,                         No. CIV-S-04-1317 MCE/GGH P

      Plaintiff,

  v.                                      <u>ORDER</u>

J. FANNON, ET AL.,

      Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On September 13, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1  Plaintiff has filed objections to the findings and
2  recommendations.
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8      Accordingly, IT IS HEREBY ORDERED that:
9      1.  The findings and recommendations filed September 13,
10 2005, are adopted in full; and
11     2.  Plaintiff's motion for a preliminary injunction filed
12 August 4, 2005 is denied.
13 DATED: November 16, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE