IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. FANNON, et al.,**<br><br>Defendants. | CIV-S-04-1317 MCE GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendants' first request for an extension of time to serve discovery responses to Plaintiff's request for interrogatories, admissions and production of documents was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have 30 days from December 29, 2005, to and including January 30, 2006, to serve their responses to Plaintiff's discovery requests.

DATED: 1/6/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

wash1317.eot.wpd