IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,** | 2:04-cv-1317 MCE GGH P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **J. FANNON, et al,** | |
| Defendants. | |

Defendants' second request for an extension of time to serve discovery responses to Plaintiff's request for interrogatories, admissions and production of documents was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have 21 days from January 30, 2006, to and including February 20, 2006, to serve their responses to Plaintiff's discovery requests. ✗

DATED: _Feb. 1, 2006_

**GREGORY G. HOLLOWS**
UNITED STATES MAGISTRATE JUDGE

✗ No further extensions

30080965.wpd

[Proposed] Order re: Second Request for Extension of Time to Respond to Plaintiff's Discovery Requests

1