IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                    No. CIV S-04-1317 MCE GGH P

    vs.

J. FANNON, et al.,

        Defendants.         <u>ORDER</u>

_____/

        On February 13, 2006, plaintiff filed a request for the court's assistance in scheduling a settlement conference.  On January 20, 2006, the court filed a scheduling order in this action.  Because discovery has not yet been completed and the time for filing dispositive motions has not yet run, a settlement conference is premature.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 13, 2006, request for assistance in scheduling a settlement conference is denied.

DATED: 3/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
wash1317.ord

1