IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,** <br><br> Plaintiff, <br><br> v. <br><br> **J. FANNON, et al,** <br><br> Defendants. | 2:04-cv-1317 MCE GGH P <br><br> **ORDER PERMITTING DEFENDANTS TO TAKE PLAINTIFF'S DEPOSITION & GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |

The Court having considered Defendants' request for leave to take Plaintiff's deposition after the discovery deadline and request to extend the time for the filing of dispositive motions, finds good cause exist to permit Defendant to take Plaintiff's deposition in this action and to extend the time for dispositive motions.

**IT IS HEREBY ORDERED** that Defendants shall have until the close of business on **June 29, 2006**, to take Plaintiff's deposition.  In addition, dipositive motions will now be due on or before **August 4, 2006**.

DATED: 5/24/06            /s/ Gregory G. Hollows
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

wash1317.sch

[Proposed] Order Permitting Defendants to Take Plaintiff's Deposition & Granting Request to Extend Time to file Dispositive Motions

1