IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

      Plaintiff,                        No. CIV S-04-1317 MCE GGH P

      vs.

J. FANNON, et al.,

      Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time to file and serve a response to defendants' May 15, 2006 request for an extension of time to take plaintiff's deposition and to extend the time for filing dispositive motions. On May 24, 2006, the court granted defendants' motion. Accordingly, plaintiff's motion is denied. The court will grant plaintiff an extension of ten days to file a request for reconsideration of the May 24, 2006, order.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's June 7, 2006 application for an extension of time is denied;

/////

/////

/////

/////

2. Plaintiff is granted thirty days from the date of this order to file a request for reconsideration of the May 24, 2006, order.

DATED:  6/19/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp; wash1317.36