IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,                           No. 2:04-cv-1317-MCE-GGH-P

      Plaintiff,

  v.                                        <u>ORDER</u>

J. FANNON, ET AL.,

      Defendants.
_____/

    On May 24, 2006, the Magistrate Judge issued an Order granting Defendants an extension of time to take Plaintiff's deposition. On July 3, 2006, Plaintiff filed a Request for Reconsideration of that Order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's Order of May 24, 2006 is therefore untimely.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's July 3,
2 2006 Request for Reconsideration is denied.
3 DATED: July 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE