IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                     No. CIV S-04-1317 MCE GGH P

       vs.

J. FANNON, et al.,

        Defendant.               <u>ORDER</u>

_____/

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' June 30, 2006, request to extend the time to file a dispositive motion is granted;

       2. The dispositive motion cut-off date of June 30, 2006, is vacated and re-set for September 4, 2006.

DATED: 7/21/06                            /s/ Gregory G. Hollows

                                         GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE

ggh:kj
wash1317.eot(1)