IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,         No. 2:04-cv-1317-MCE-GGH-P

    Plaintiff,

  v.         <u>ORDER</u>

J. FANNON, et al.,

    Defendants.

_____/

    On May 24, 2006, the magistrate judge issued an order granting defendants an extension of time to take plaintiff's deposition and to file dispositive motions. On July 3, 2006, plaintiff filed a request for reconsideration of that order. On July 14, 2006, the court denied the request for reconsideration on grounds that it was untimely.

    On July 24, 2006, plaintiff filed an objection to the July 14, 2006, order. Plaintiff states that on June 20, 2006, the magistrate judge granted plaintiff a thirty day extension of time to file his request for reconsideration.

    Good cause appearing, the July 14, 2006, order is vacated and the court considers the merits of plaintiff's request.

///

///

Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. The July 14, 2006, order is vacated;

2. Upon reconsideration, the order of the magistrate judge filed May 24, 2006, is affirmed.

DATED: September 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE