1
2
3
4
5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7                      SACRAMENTO DIVISION

8
9    **JESSE WASHINGTON,**                     2:04-CV-1317 MCE GGH P

10                              Plaintiff,      **ORDER**

11          **v.**

12   **J. FANNON, et al,**

13                              Defendants.

14

15         On October 2, 2006, Defendants filed a request to vacate the scheduling order pending

16   adjudication of their dispositive motion.  In consideration, the Court finds good cause to vacate

17   the scheduling order.

18         **IT IS SO ORDERED.**  The Court's January 20, 2006, scheduling order is hereby

19   vacated in its entirety subject to being reset should there be a need.

20   Dated: 10/5/06

21                              /s/ Gregory G. Hollows

                               _____
22                             **GREGORY G. HOLLOWS**
                               **UNITED STATES MAGISTRATE JUDGE**
23

24

25   wash1317.vac

26

27

28

                                      1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28