IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,                           No. 2:04-cv-1317-MCE-GGH-P

      Plaintiff,

  v.                                        <u>ORDER</u>

J. FANNON, et al.,

      Defendants.
_____/

    On September 27, 2006, Plaintiff filed a Request for Reconsideration of the Magistrate Judge's Order filed September 6, 2006, denying Plaintiff's April 24, 2006 and May 1, 2006 Motions to Compel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
2 the Order of the magistrate judge filed September 6, 2006, is
3 affirmed.
4 DATED: October 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE