IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

       Plaintiff,                     No. CIV S-04-1317 MCE GGH P

    vs.

J. FANNON, et al.,

       Defendants.              <u>ORDER</u>

/

       Plaintiff has requested an extension of time to file an opposition to the defendants' September 1, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's September 27, 2006 motion for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to the defendants' September 1, 2006 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: 10/18/06                              /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
wash1317.36(2)