IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,                    No. CIV S-04-1317 MCE GGH P

    vs.

J. FANNON, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Pending before the court is plaintiff's second request for an extension of time to file an opposition to defendants' September 1, 2006 motion for summary judgment. The court will grant plaintiff a twenty day extension of time. No further extensions of time will be granted but for a showing of substantial cause.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's November 20, 2006 request for an extension of time is granted; plaintiff's opposition to defendants' summary judgment motion is due within twenty days of the date of this order.

DATED: 12/1/06

                                               /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:mp; wash1317.36sec