IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

     Plaintiff,                   No. CIV S-04-1317 MCE GGH P

     vs.

J. FANNON, et al.,

     Defendants.             <u>ORDER</u>

_____/

        On December 1, 2006, the court ordered plaintiff's opposition to defendants' summary judgment motion due within twenty days. On December 18, 2006, plaintiff filed a request for "immediate intervention to rectify denial of access to the courts." Plaintiff states that on November 20, 2006, he was transferred to High Desert State Prison (HDSP). Upon his arrival, plaintiff was placed in administrative segregation (ad seg). Plaitniff told that his legal property would be issued to him. As of the time he filed his motion, his legal property had still not been issued to him.

        The court will grant plaintiff thirty days from the date of this order to file his opposition. If plaintiff has still not received his legal property within that time, he shall notify the court.

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's opposition to
2 defendants' summary judgment motion is due within thirty days of the date of this order; if
3 plaintiff has not received his legal property within that time, he shall notify the court.
4 DATED: 1/4/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wash1317.36(3)