IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

      Plaintiff,                        No. CIV S-04-1317 MCE GGH P

    vs.

J. FANNON, et al.,

      Defendants.               ORDER

_____/

        On December 1, 2006, the court ordered plaintiff's opposition to defendants' summary judgment motion due within twenty days. On December 18, 2006, plaintiff filed a motion alleging that he was in administrative segregation (ad seg) and being denied access to his legal property. On January 4, 2007, the court granted plaintiff thirty days to file his opposition. The court further ordered that if plaintiff had not received his legal property within that time, he should notify the court.

        On February 7, 2007, plaintiff filed a pleading stating prison officials were allowing him access to one cubic foot of legal property per week. On this ground, plaintiff requests an extension of time to file his opposition. Good cause appearing, this request is granted.

/////

1

1       Plaintiff also alleges that he has not been granted meaningful access to the law
2 library. Plaintiff requests that the court intervene and order prison officials to grant him adequate
3 law library access. Plaintiff does not specifically describe the amount of law library access he
4 has been granted or discuss why this amount is inadequate to prepare his opposition. For these
5 reasons, the request for court intervention regarding law library access is denied.
6       Accordingly, IT IS HEREBY ORDERED that plaintiff's opposition to
7 defendants' summary judgment motion is due within thirty days of the date of this order.
8 DATED: 2/15/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wash1317.eot