IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WASHINGTON,** | 2:04-cv-1317 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **J. FANNON, et al,** | |
| Defendants. | |

On March 1, 2007, Defendants filed a request for an extension of time to reply to Plaintiff's opposition. Defendants seek an extension up to and including March 16, 2007. Good cause appearing, Defendants will have up to and including March 16, 2007 to file their reply.

IT IS SO ORDERED.

Dated: 3/7/07            /s/ Gregory G. Hollows
                         U.S. Mag. Judge

wash1317.eot(rep)

1