IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | No. 2:04-cv-01317-MCE-GGH-P |
| Plaintiff, | |
| v. | ORDER |
| J. FANNON, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 13, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 13, 2007, are adopted in full;

2. Defendants' September 1, 2006, summary judgment motion is denied as to the following claims: 1) on June 30, 2003, defendant Kissinger used excessive force; 2) on January 20, 2004, defendants Epperson and Ratliff refused to retrieve plaintiff's ibuprofen and cotton blanket; 3) on August 25, 2003, defendants Kissinger, Hibbits and Jackson used excessive force;

3. Defendants' September 1, 2006, summary judgment motion is granted as to the following claims: 1) on July 1, 2003, defendant DeForest confiscated plaintiff's orthotic inserts and shoes; defendant Lynn refused to help in retrieving these items; 2) defendant DeForest denied plaintiff's request for accommodations so that he could participate in Ramadan; 3) on January 20, 2004, defendants Epperson and Ratliff refused to retrieve plaintiff's orthotic inserts and shoes.

Dated: August 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE