1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE WASHINGTON,

11              Plaintiff,              No. CIV S-04-1317 MCE GGHP

12        vs.

13   J. FANNON, et al.,

14              Defendants.             ORDER

15   _____/

16              On November 1, 2007, this court issued a pretrial order.  On November 6, 2007,

17   Judge England issued a pretrial order.  Accordingly, IT IS HEREBY ORDERED that the

18   November 1, 2007, pretrial order is vacated.

19   DATED:  11/14/07

20                                        /s/ Gregory G. Hollows
                                          _____
21                                        UNITED STATES MAGISTRATE JUDGE

22   wash1317.vac
23
24
25
26

                                         1