UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                No. CIV S-04-1317 MCE GGH P

vs.

J. FANNON, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

        Jesse Washington, inmate #D-23593, a necessary and material witness in proceedings in this case on August 18, 2008, is confined in Salinas Valley State Prison, in the custody of the Warden M.S. Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by video-conferencing at Salinas Valley State Prison, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden M.S. Evans, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 08/06/08

                                                /s/ Gregory G. Hollows

                                               UNITED STATES MAGISTRATE JUDGE
                                               EASTERN DISTRICT OF CALIFORNIA

GGH:ak:wash1317.841