UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                No. CIV S-04-1317 MCE GGH P

vs.

J. FANNON, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/   **AD TESTIFICANDUM**

        Larry Craft, inmate #E-65005, a necessary and material witness in proceedings in this case on August 18, 2008, is confined in California State Prison, Sacramento (SAC), Prison Road, P.O. Box 290002, Represa, CA 95671-0002, in the custody of the Warden James Walker; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by video-conferencing at California State Prison, Sacramento, August 18, 2008, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.   The Clerk of the Court shall serve a copy of this order on Linda Young, Litigation Coordinator at CSP (SAC) via facsimile at fax #916-294-3072; and serve a copy of this order on Andre Carrier, USDC Telecommunciations Systems Manager.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden James Walker, California State Prison, Sacramento (SAC), Prison Road, P.O. Box 290002, Represa, CA 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 08/06/08

        /s/ Gregory G. Hollows

        _____
        UNITED STATES MAGISTRATE JUDGE
        EASTERN DISTRICT OF CALIFORNIA

GGH:ak::wash1317:841craf