# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,           No. CIV S-04-1317 MCE GGH P

vs.

J. FANNON, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Bryant Turner, inmate #T-79508, a necessary and material witness in proceedings in this case on August 18, 2008, is confined in Mule Creek State Prison (MCSP), 4001 Highway 104, P.O. Box 409099, Ione, CA 95640, in the custody of the Warden Michael Martel; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Morrison C. England, Jr., to appear by video-conferencing at Mule Creek State Prison (MCSP), August 18, 2008 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court shall serve a copy of this order on Bryan Holmes, Litigation Coordinator at Mule Creek State Prison (MCSP) via facsimile at fax #209-274-5018; and serve a copy of this order on Andre Carrier, USDC Telecommunications Systems Manager.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden Michael Martel, Mule Creek State Prison (MCSP), 4001 Highway 104, P.O. Box 409099, Ione, CA 95640:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 08/06/08

        /s/ Gregory G. Hollows

        UNITED STATES MAGISTRATE JUDGE
        EASTERN DISTRICT OF CALIFORNIA

GGH:ak:wash1317.841turn