# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

                Plaintiff,                No. CIV S-04-1317 MCE GGH P

    vs.

J. FANNON, et al.,

                          <u>AMENDED</u>

          Defendants.          **ORDER & WRIT OF HABEAS CORPUS**

                       /        **AD TESTIFICANDUM**

_____

Jesse Washington, inmate #D-23593, a necessary and material witness in proceedings in this case on August 18, 2008, is confined in Salinas Valley State Prison, in the custody of theWarden M.S. Evans; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom #7, United States Courthouse, 501 I Street, Sacramento, California on August 18, 2008, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

4.   The Clerk of the Court is directed to facsimile a copy of this order and writ to Salinas Valley State Prison at fax #831-678-5503.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden M.S. Evans, Salinas Valley State Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA 93960-1020:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 08/06/08

                        /s/ Gregory G. Hollows

                        _____
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF CALIFORNIA

GGH:ak:wash1317.841.ame