IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                    No. CIV S-04-1317 MCE GGH P

   vs.

J. FANNON, et al.,

        Defendants.        ORDER

_____/

        On September 19, 2008, plaintiff submitted a check to the court, apparently paid from his prison trust account, in the amount of $1240 to pay for witness fees. The pretrial order states that plaintiff intends to call three inmate witnesses. Plaintiff is not required to pay witness fees for incarcerated witnesses. Accordingly, the money will be returned to plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Financial Department of the Court is directed to mail plaintiff's check for $1240 and a copy of this order to Salinas Valley State Prison, Inmate Trust, P.O. Box 1020, Soledad, CA, 93960-1020.

/////

/////

/////

1    2. The Clerk of the Court shall serve a copy of this order on the Financial
2  Department of the Court.
3  DATED: 10/03/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

wash.ret