IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                        No. CIV S-04-1317 MCE GGH P

   vs.

J. FANNON, et al.,

        Defendants.              ORDER

_____/

        On October 20, 2008, plaintiff filed a motion for a temporary restraining order. Plaintiff claims that his inmate witness, Bryant Turner, has been harassed ever since defense counsel interviewed him (inmate Turner) at Mule Creek State Prison. Attached as an exhibit to this motion are two letters written to plaintiff by inmate Turner.

        In a letter dated August 10, 2008, inmate Turner states that after being interviewed by defense counsel, he found hair in his food. In addition, he states that one morning he woke up to find his cell door wide open with nobody around. Inmate Turner states that he thinks that was a trap because he was in the hole. The second letter, dated August 20, 2008, contains the same information as the August 10, 2008, letter. In addition, inmate Turner states that he fears for his life. On October 29, 2008, inmate Turner filed a letter with the court stating that he has received several threats against his life from prison staff at Mule Creek State Prison. However, he does

1

not state who made the threats or when.

The court now orders inmate Turner to file a short declaration with the court describing who made the threats against his life, what was said and when. Inmate Turner shall also discuss any other recent harassment he believes he suffered as a result of being a witness in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten days of the date of this order, Bryant Turner shall file the declaration described above;

2. The Clerk of the Court shall serve a copy of this order on inmate Bryant Turner, #T-79508, Mule Creek State Prison, 4001 Highway 104, P.O. Box 409099, Ione, California, 95640.

DATED: November 12, 2008

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

wash1319.tur

2