IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                No. CIV S-04-1317 MCE GGH P

    vs.

J. FANNON, et al.,

        Defendants.          <u>ORDER</u>

                                 /

        IT IS HEREBY ORDERED that the jury trial in this action is re-set for May 18, 2009, at 9:00 a.m. before the Honorable Morrison C. England.

DATED: November 20, 2008

                                            /s/ Gregory G. Hollows

                                       UNITED STATES MAGISTRATE JUDGE

wash1317.jt

1