IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | No. 2:04-cv-01317-MCE-GGH P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| J. FANNON, et al., | |
|     Defendants. | |
|                              / | |

      On November 25, 2008, the Magistrate Judge issued an order denying plaintiff's October 20, 2008 motion for a protective order. On December 22, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of November 25, 2008 is therefore untimely.

/////

/////

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's December 22, 2008 request for
2   reconsideration (Docket No. 209) is denied.

Dated: January 9, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2