IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

      Plaintiff,                        No. CIV S-04-1317 MCE GGH P

      vs.

J. FANNON, et al.,

      Defendants.                  <u>ORDER</u>

_____/

      IT IS HEREBY ORDERED that within twenty days of the date of this order, defendants shall file a response to plaintiff's motions in limine filed February 17, 2009 (court file doc. # 223), and February 26, 2009 (court fie doc. # 225).

DATED: March 10, 2009

                                     /s/ Gregory G. Hollows

                                   UNITED STATES MAGISTRATE JUDGE