IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,                                     No. 2:04-cv-01317-MCE-GGH-P

      Plaintiff,

      v.                                                            <u>ORDER</u>

J. FANNON, et al.,

      Defendants.

_____/

      In the September 11, 2009, supplemental pretrial order, the court ordered defendants to inform the court whether or not they intended to call Rolfing, Kincaid and defendants as witnesses. If defendants did not intend to call these persons as witnesses, plaintiff would have to pay for trial subpoenas.[1]

/////

/////

---

[1] In an August 20, 2009, letter, plaintiff stated that the money for witness fees was "forthcoming." The court has not yet received that money. If defendants inform the court that they do not intend to call Rolfing, Kincaid and defendants as witnesses, there may not be sufficient time to serve the subpoenas because the court has not yet received the money from plaintiff.

1

1  Accordingly, IT IS HEREBY ORDERED that on or before September 18, 2009,
2  defendants shall inform the court whether they intend to call Rolfing, Kincaid and defendants as
3  witnesses.

Dated: September 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE