IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON, | No. 2:04-cv-01317-MCE-GGH-P |
| Plaintiff, | |
| v. | ORDER |
| J. FANNON, et al., | |
| Defendant. | |
| _____/ | |

This action is set for trial on September 28, 2009. On September 11, 2009, plaintiff's witness, inmate Bryant Turner, filed a motion for a temporary restraining order. In this motion, inmate Turner alleges that he has been denied access to his property, which includes his declarations regarding this action. Inmate Turner requests that the court order prison officials to return his property to him so that he may review his declarations.

As a non-party, inmate Turner may not file motions in this action. Because declarations by inmate Turner are on file, he may request to review these declarations before testifying.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for a temporary restraining order (no. 278) is denied;

2. The Clerk of the Court shall serve a copy of this order on inmate Bryant Turner, T-79508, P.O. Box 799003, San Diego, CA, 92179.

Dated: September 15, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE