UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

        Plaintiff,                    No. CIV S-04-1317 MCE GGH P

  vs.

J. FANNON, et al.,

        Defendants.       **AMENDED ORDER & WRIT OF HABEAS**
_____/  **CORPUS AD TESTIFICANDUM**

        Bryant Turner, inmate # T-79508, a necessary and material witness in proceedings in this case on September 28, 2009, is confined in R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, California, 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 14th Floor, Courtroom 7, United States Courthouse, 501 I Street, Sacramento, California on September 28, 2009, at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

        4. The Clerk of the Court shall send a courtesy copy by fax to R.J. Donovan Correctional Facility, Attention: Litigation Coordinator at 619-661-6253.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, California, 92179:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: September 15, 2009

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE